No. 639. BERKMAN v. UNITED STATES. C. A. 2d Cir. Motion to dispense with printing petition for certiorari granted. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for the United States.

No. 495. WAINWRIGHT, CORRECTIONS DIRECTOR v. BARTON. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *Earl Faircloth,* Attorney General of Florida, and *Morton J. Hanlon,* Assistant Attorney General, for petitioner. *Robert E. Jagger* and *Carleton L. Weidemeyer* for respondent.

No. 647. McROBERTS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Ellis J. Horvitz* for petitioner. *Solicitor General Griswold* for the United States.

No. 693. HABIG ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Fred P. Bamberger, Alan W. Boyd,* and *Anton Dimitroff* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Joseph M. Howard* for the United States.

No. 669. RUFFALO v. MAHONING COUNTY BAR ASSN. Sup. Ct. Ohio. Motion to use record and appendix in No. 73, October Term, 1967 [*In re Ruffalo,* 390 U. S. 544], granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE STEWART took no part in the consideration or decision of this motion and petition. *Eugene Gressman* for petitioner. *Thomas V. Koykka* and *Edward R. Brown* for respondent.